FILED'08 OCT 10 13:43USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHILLIP LEE KEPHART,              )
                                  )
            Petitioner,           )
                                  )  Civil No. 08-65-TC
      v.                          )
                                  )  ORDER
BRIAN BELLEQUE,                   )
                                  )
            Respondent.           )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on September 23, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#2) is denied without prejudice. This proceeding is dismissed.

DATED this ____10th____ day of October, 2008.

*Michael R. Hogan*
United States District Judge

2    - ORDER